**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 0:16-CV-62791-BB**

CLIFFORD WALKER AND JESSICA WALKER,

       Plaintiff,

vs.

BRANCH BANKING AND TRUST COMPANY,

       Defendant.
_____/

**PLAINTIFFS' CERTIFICATE OF INTERESTED
PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Plaintiffs, CLIFFORD WALKER AND JESSICA WALKER, ["Plaintiffs"] by and through undersigned counsel, hereby disclose the following pursuant to this Court's Order dated December 14, 2016, [D.E. 6] and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

1. Any and all persons, associated persons, firms, partnerships, and/or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to Plaintiffs.

    a. Plaintiffs, CLIFFORD WALKER AND JESSICA WALKER

    b. Loan Lawyers, LLC

    c. Michael Citron, Esq.

    d. Defendant, BRANCH BANKING AND TRUST COMPANY

    e. Gray Robinson, P.A.

    f. David S. Hendrix, Esq.

2. Plaintiffs are individuals.

        Respectfully submitted,

        */s/Michael Citron*_____
        Michael Citron, Esq.
        Florida Bar No.: 105083
        LOAN LAWYERS, LLC
        *Attorneys for Plaintiffs*
        2150 S. Andrews Avenue, 2nd Floor
        Ft. Lauderdale, FL 33316
        Telephone:   (954) 523-4357
        Facsimile:   (954) 581-2786
        E-Mail: Michael@fight13.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed on December 18, 2016 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

David S. Hendrix, Esq.
GrayRobinson, P.A.
401 East Jackson Street, Suite 2700
Tampa, FL 33602
Counsel for Defendant
Service by CM/ECF

        */s/ Michael Citron*_____
        Michael Citron, Esq.
        Florida Bar No.: 105083
        Michael@Fight13.com